# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

**GRACE LEE, Appellant,**
**v.**
**JAMES A. GUIKEMA, Ph.D. and**
**JAMES W. NEILL, Ph.D., Appellees.**

Case No. 15-3189

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

James A. Guikema, Ph.D. and James W. Neill, Ph.D.
Party or Parties
Appellees , in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

[X] On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[ ] There are no such parties, or any such parties have heretofore been disclosed to the court.

M.J. Willoughby, Assistant Attorney General
Name of Counsel                                    Name of Counsel

s/ M.J. Willoughby
Signature of Counsel
Office of Attorney General Derek Schmidt
120 SW 10th Ave, 2nd Floor
Topeka, Kansas 66612 (785) 296-2215
Mailing Address and Telephone Number          Mailing Address and Telephone Number
mj.willoughby@ag.ks.gov
E-Mail Address                                    E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) __August 31, 2015____ via (state method of service)__U.S.P.S. Mail_____.

to Grace Lee, 198 Mount Vernon St., S1, Malden, MA 02148       s/ M.J. Willoughby
(*See* Fed. R. App. P. 25(b))                                   (Signature)

**A-5** Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

GRACE LEE
v.
JAMES A. GUIKEMA, ET AL.

Case No. 15-3189

**Certificate of Interested Parties**

    The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

Austin B. Hayden
Clifford A. Cohen
Cohen McNeile & Pappas PC
4601 College Blvd., Suite 200
Leawood, KS 66211

Kansas State University
111 Anderson Hall
919 Mid-Campus Drive North
Manhattan, KS 66506

State of Kansas
c/o Office of the Attorney General Derek Schmidt
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612

**A-5** Entry of Appearance Form 10/09