UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2015 AUG 31 PM 12:03

**Entry of Appearance - Pro Se**

Lee
v.
Guikema, et al.

Case No. **15-3189**

INSTRUCTIONS: A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the

_____Appellant_____in
(Appellant, Petitioner, Appellee or Respondent)

this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

☒ All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal, or

☐ There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_Grace Lee_
Signature

Grace Lee
Name
198 Mount Vernon St. S1
Mailing Address
Malden          MA          02148
City            State       Zip Code

A-5a Pro Se Entry of Appearance Form 10/09

# CERTIFICATE OF SERVICE

     I hereby certify that on this 27th day of August, 2015, I sent a copy of the Pro Se Entry of Appearance Form to M.J. Willoughby and Peter J. Paukstelis, counsels for Dr. James A. Guikema and Dr. James W. Neill by U.S. Mail, postage prepaid at:

M.J. Willoughby
Assistant Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597

Peter J. Paukstelis
Associate General Counsel
Kansas State University
111 Anderson Hall
919 Mid-Campus Drive North
Manhattan, KS 66506

Date: 08/27/2015

Signature: *Grace Lee*

Grace Lee, *Pro Se*
198 Mt. Vernon St., S1
Malden, MA 02148
785-340-3340
GraceLee695@gmail.com