FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

October 2, 2015

Elisabeth A. Shumaker
Clerk of Court

───────────────────────────────

GRACE LEE,

    Plaintiff - Appellant,

v.

JAMES A. GUIKEMA, et al.,

    Defendants - Appellees,

and

KANSAS STATE UNIVERSITY, et al.,

    Defendants.

No. 15-3189

───────────────────────────────

**ORDER**

───────────────────────────────

    This matter is before the court on appellant's motion for extension of time to file the opening brief in this appeal. The motion is granted. The opening brief shall be served and filed on or before November 4, 2015. No further extensions will be granted on the Clerk's authority.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk