**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                           Chris Wolpert
Clerk of Court                       October 2, 2015                   Chief Deputy Clerk

Ms. Grace Lee
198 Mount Vernon Street, S1
Malden, MA 02148

    **RE:**    **15-3189, Lee v. Guikema, et al**
              Dist/Ag docket: 2:12-CV-02638-JAR-TJJ

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

                                              Sincerely,

                                              Elisabeth A. Shumaker
                                              Clerk of the Court

cc:     M. J. Willoughby

EAS/sls