# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | May 16, 2016 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Timothy M. O'Brien (KSkc)
United States District Court for the District of Kansas
Office of the Clerk
500 State Avenue
Robert J. Dole U.S. Courthouse
Room 259
Kansas City, KS 66101-0000

**RE:**     **15-3189, Lee v. Guikema, et al**
            Dist/Ag docket: 2:12-CV-02638-JAR-TJJ

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                Sincerely,

                                Elisabeth A. Shumaker
                                Clerk of the Court

cc:      Grace Lee
          M. J. Willoughby

EAS/klp